# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**734.1**
**CA 11-00924**
PRESENT: SMITH, J.P., FAHEY, CARNI, LINDLEY, AND GORSKI, JJ.

---

BRIAN S. DERMODY AND GINA V. DERMODY,
PLAINTIFFS-RESPONDENTS,

V                                                                    ORDER

DARRYL D. TILTON, SANDRA J. TILTON,
DEFENDANTS-APPELLANTS,
ET AL., DEFENDANTS.
(APPEAL NO. 2.)

---

OHL & ALEXSON, HONEOYE (WAYNE I. OHL OF COUNSEL), FOR
DEFENDANTS-APPELLANTS.

THE BROCKLEBANK FIRM, CANANDAIGUA (DEREK G. BROCKLEBANK OF COUNSEL),
FOR PLAINTIFFS-RESPONDENTS.

-----------------------------------------------------------------------------------------------------

Appeal from a decision of the Supreme Court, Ontario County
(William F. Kocher, A.J.), dated November 12, 2010.  The decision
stated that the motion of defendants Darryl D. Tilton and Sandra J.
Tilton for summary judgment is denied.

It is hereby ORDERED that said appeal is unanimously dismissed
without costs (*see Pecora v Lawrence*, 28 AD3d 1136, 1137).

Entered:  June 17, 2011                          Patricia L. Morgan
                                                 Clerk of the Court